**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000349
01-APR-2024
07:53 AM
Dkt. 58 ODMR**

NO. CAAP-22-0000349


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


IN THE MATTER OF THE TAX APPEAL OF
HAWAIIAN AIRLINES, INC., Plaintiff-Appellant, v.
DEPARTMENT OF TAXATION, Defendant-Appellee.


APPEAL FROM THE TAX APPEAL COURT
(CASE NO. 1CTX-21-0000493)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant Hawaiian Airlines, Inc.'s Motion for Reconsideration filed on March 25, 2024, the papers in support, and the record, it appears that the court did not overlook or misapprehend any point of law or fact

when it entered the March 15, 2024 Summary Disposition Order.

<u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, April 1, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge